UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Zainab L. Bilal

Case No.: 16-30438

Chapter: 7

Judge: Gambardella

**ORDER ON THE APPLICATION TO HAVE THE
CHAPTER 7 FILING FEE WAIVED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) the court orders that the application is:

❑ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

❑ **Denied.** The debtor must pay the filing fee according to the following terms:

You must pay …..          On or before this date …..

$ _____          _____ (month/day/year)

$ _____          _____ (month/day/year)

$ _____          _____ (month/day/year)

$ _____          _____ (month/day/year)

Total: $ _____ 0.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☑ A hearing to consider the debtor's application will be held on ___December 6, 2016___ at _10:00 am_ at:

Court address:        MLK Jr. Fed. Bldg., 50 Walnut Street, Newark, NJ 07102 _____

Courtroom number: _____3E_____

If the debtor does not appear at this hearing, the court may deny the application.

*Revised 12/1/15*

2